UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK MOGEL,  No. C 13-01646 LB

          Plaintiff,

  v.  **ORDER**

KATHLEEN HANNI,

          Defendant.

_____/

    Court denies the motion to seal. Defendant's counsel represented that defendant would not use the attachments except in this case, and that is the order.

    The parties will meet and confer after court on the pending cost motion. The briefing schedule is as follows: opposition due November 8, 2013, and the optional reply is due November 15, 2013.

**IT IS SO ORDERED.**

Dated: October 25, 2013

                                                _____
                                                LAUREL BEELER
                                                United States Magistrate Judge

C 13-01646 LB
ORDER