UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| MARK S. MOGEL, | No. CV13-01646 LB |
| Plaintiff, | |
| v. | **REVISED SCHEDULING ORDER** |
| KATHLEEN HANNI, | |
| Defendant. | |

Following the Case Management Conference held on June 26, 2014, the Court **HEREBY ORDERS** the following revised schedule:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 12/19/2014 |
| Expert disclosures required by Federal Rules of Civil Procedure | 2/20/2015 |
| Rebuttal expert disclosures | 3/4/2015 |
| Expert discovery completion date | 4/6/2015 |
| Last hearing date for dispositive motions and/or further case management conference | 4/2/2015, at 9:30 a.m. |
| Meet and confer re pretrial filings | 5/6/2015 |
| Pretrial filings due | 5/15/2015 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 5/28/2015 |

REVISED SCHEDULING ORDER
CV13-01646 LB

| Final Pretrial Conference | 6/18/2015, at 1:30 p.m. |
| Trial | 6/29/2015, at 8:30 a.m. |
| Length of Trial | 5 days |

The court also refers the matter for a settlement conference before a randomly-assigned magistrate judge to occur within 90 days if possible and as the settlement judge's schedule permits.

**IT IS SO ORDERED**.

Dated: June 26, 2014

_____
LAUREL BEELER
United States Magistrate Judge