UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

MARK MOGEL,

           Plaintiff,

   v.

KATHLEEN HANNI,

           Defendant.

No. C 13-01646 LB

**ORDER REGARDING DISCOVERY DISPUTES**

[ECF No. 70]

On November 6, 2014, the court held a discovery hearing on the discovery disputes in ECF No. 70 and rules as follows. First, and as the court explained at the hearing, RFAs 4, 5, 6, 7, 11, and 12 are not appropriate because they are not questions about facts capable of ready answer and instead are questions about the parties' business and personal relationship. Those issues are nuanced and better addressed through deposition questions. Questions about the parties' relationship may be elicit information relevant to establish motive, intent, and knowledge of the falsity of the defamation alleged in the case. Second, as to RFAs 13 and 14, to the extent that Mr. Mogel wants to rephrase them to be requests regarding the genuineness of documents or requests for confirmation that complaints (not "false complaints") were filed on certain dates, he may propound them. Third, as to requests regarding the authenticity of documents, the parties agreed that after the court's issuance of this order, Ms. Hanni would admit or deny the authenticity of the emails.

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 13-01646 LB
ORDER