MARK S. MOGEL
222 Clayhor Avenue
Collegeville, PA 19426
Phone: (610) 489-8290
Fax: (610) 680-3661
E-mail: markmogel@verizon.net
Pro Se  [*Plaintiff*]

DAVID G. RAMOS (Bar No. 116456)
dramoslaw@gmail.com
LAW OFFICES OF DAVID G. RAMOS
3266 Villa Lane
Napa, California 94558
Telephone: (707) 255-1700
Facsimile: (707) 255-3660
Attorneys for Defendant
KATHLEEN (KATE) HANNI

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mark S. Mogel (pro se) ) | Case Number: 3-13-cv-01646-LB |
| Plaintiff, ) | |
| vs. ) | STIPULATION OF DISMISSAL |
| ) | ORDER |
| Kathleen (Kate) Hanni individually and as ) | |
| Executive Director for the Coalition for an ) | |
| Airline Passengers Bill of Rights, LLC, a/k/a ) | |
| FlyersRights.org, and as Executive Director ) | |
| for the FlyersRights Education and Assistance ) | |
| Corporation, and as owner-operator of Kate ) | |
| Hanni Real Estate, and John and Jane Doe's to ) | |
| be named later. ) | |
| Defendant(s). | |

Nov 09 2015 02:07PM Law Offices David Ramos 707-255-3660 page 3
To: 707-255-3660  From: Mark Mogel  Pg 3/3 11/09/15 6:52 am

Case 3:13-cv-01646-LB   Document 92   Filed 11/10/15   Page 2 of 2

1     WHEREAS the above entitled action was filed by Plaintiff on April, 11, 2013 in the United States District Court for the Northern District of California;

    WHEREAS the parties to the above action have reached a full and complete settlement of all claims in the action;

    IT IS HEREBY STIPULATED by and between the parties to this action through Plaintiff, Mark Mogel (Pro se), and Defendants' counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). The parties shall each bear their own fees and costs.

Dated: November 9, 2015

_____
Mark Mogel, Plaintiff

Dated: November 9, 2015

_____
Law Offices of David G. Ramos
David G. Ramos
Attorneys for Defendants

Dated: November 10, 2015



IT IS SO ORDERED
Judge Laurel Beeler
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 2 of 2

*STIPULATION OF DISMISSAL*